

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2021

No. 04-21-00470-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**, Webb County, Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The docketing statement was due on November 23, 2021. The clerk's record and reporter's record were due November 29, 2021. On December 9, 2021, the district clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Appellant is represented on appeal by retained counsel Mr. Doanh T. Nguyen. Mr. Nguyen is hereby ORDERED to provide written proof to this court **no later than December 27, 2021** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If Mr. Nguyen fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Mr. Nguyen also has not filed a docketing statement or certified service of the notice of appeal on each court reporter, although the clerk of this court also notified him of these deficiencies and required corrective action. This court again informed him of the deficiency in an order dated December 2, 2021. Mr. Nguyen has failed to file a docketing statement or certified service of the notice of appeal on each court reporter. We therefore ORDER Mr. Nguyen to file, **no later than December 27, 2021,** a docketing statement and either (1) certified service of the notice of appeal on each court reporter or (2) written notice to this court that he is not requesting a reporter's record in this appeal.

FILE COPY

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court